# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2263
LT Case No. 2017-CF-479

_____

GREGORY ALAN PUTZKE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 appeal from the Circuit Court for Sumter County.
Mary Hatcher, Judge.

Gregory Alan Putzke, Bushnell, pro se.

No Appearance for Appellee.

November 7, 2023

PER CURIAM.

    AFFIRMED.

MAKAR, HARRIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____